

# Mars Khaimov Law, PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/04/2023
```

**VIA ECF**
Honorable Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 3, 2023

Re:   <u>1:23-cv-07032-AT Toro v. Pit Bull Products, Inc.</u>

<u>Status Letter and Request for Extension of Submission Deadline</u>

Dear Judge Woods:

Plaintiff's counsel submits this letter-motion to seek an extension of the pre-trial document submission deadline. The deadline is currently scheduled for October 10th, 2023. Plaintiff has not yet been in communication with the Defendant, and will seek a default judgment if they do not appear by the next conference date. As such, Plaintiff proposes a 60-day adjournment and a new deadline of December 11th, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
Attorney for Plaintiff

DENIED.  The Court has not set a pre-trial document submission deadline.  By **October 8, 2023**, Plaintiff may file a letter seeking to extend the deadline to file the joint letter and case management plan.

SO ORDERED.

Dated: October 4, 2023
       New York, New York

ANALISA TORRES
United States District Judge