

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023
```

**VIA ECF**

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

October 9, 2023

Re:   *1:23-cv-07032-AT Toro v. Pit Bull Products, Inc.*

Status Letter and Request for Extension

Dear Judge Torres:

Plaintiff's counsel submits this letter-motion to seek an extension of the directives set forth in your order dated August 14th, 2023. of the initial case management conference and associated submission deadlines. The deadline is currently scheduled for tomorrow, October 10th, 2023. Plaintiff has not yet been in communication with the Defendant, and will seek a default judgment if they do not appear by the next conference date. As such, Plaintiff proposes a 60-day adjournment and a new date of December 11th, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

GRANTED. By **December 11, 2023**, the parties shall file a joint letter and case management plan, or Plaintiff shall file a letter informing the Court as to his intent regarding the prosecution of this action.

SO ORDERED.

Dated: October 10, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge