# KAUFMAN DOLOWICH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2023

Jennifer E. Sherven, Esq.
jsherven@kaufmandolowich.com
Caitlyn C. O'Neill, Esq.
coneill@kaufmandolowich.com

December 5, 2023

**VIA ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:** **Luis Toro v. Pit Bull Products, Inc.**
            **Case No.: 1:23-cv-07032-AT**

Dear Honorable Judge Torres:

    This firm represents the Defendant, Pit Bull Product, Inc., in the above-referenced matter. This correspondence is filed with the consent of counsel for Plaintiff Luis Toro.

    We write to respectfully request: (1) an extension of time to file a response to the Complaint on behalf of the Defendant; (2) the rescheduling of the Initial Conference presently scheduled for December 11, 2023 until a date after Defendant's response is filed; and (3) an extension of time to submit the Civil Case Management Plan. This request is necessary due to unforeseen circumstances of a personal nature that have kept the undersigned attorneys out of the office. As noted above, Plaintiff's counsel consents to these requests. We would appreciate your courtesies in extending Defendant's present deadline to respond to the Complaint to January 24, 2024.

    This is Defendant's second request for an extension of time to file a response to the Complaint. Thank you in advance for your anticipated courtesy. Should you have any questions, please do not hesitate to contact us.

---

GRANTED in part. No conferences are currently scheduled in this matter. By **January 24, 2024**, the parties shall file their joint letter and case management plan, or Plaintiff shall file a letter informing the Court as to his intent regarding the prosecution of this action. Defendant shall also file its answer or responsive pleading by **January 24, 2024**.

The Clerk of Court is directed to terminate the motions at ECF Nos. 15 and 16.

SO ORDERED.

Dated: December 6, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge