UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiff,

-against-

PIT BULL PRODUCTS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/30/2024__

23 Civ. 7032 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 24, 2024, Defendant filed a pre-motion letter setting forth its basis for a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). ECF No. 20. Plaintiff failed to respond within five business days, as required by Rule III.A.ii of the Court's Individual Practices in Civil Cases. Accordingly, **February 5, 2024**, Plaintiff shall respond to Defendant's pre-motion letter.

    SO ORDERED.

Dated: January 30, 2024
       New York, New York

ANALISA TORRES
United States District Judge