```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Pit Bull Products, Inc.,

                Defendant.

23 Civ. 7032 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters filed on January 24 and 31, 2024. ECF Nos. 20, 22. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **March 7, 2024**, Defendant shall file its motion to dismiss;
3. By **March 28, 2024**, Plaintiff shall file his opposition papers;
4. By **April 11, 2024,** Defendant shall file its reply, if any.

Pursuant to Section III.B(iv) of the Court's Individual Rules, if Plaintiff intends to file an amended pleading—and not rely on the pleading that is the subject of Defendant's motion—he shall notify the Court and Defendant by **March 14, 2024.**

    SO ORDERED.

Dated: February 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge